UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEIXO S. CHUMBEIRO, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>FORD MOTOR COMPANY, et al.,<br><br>Defendants. | Case No. 25-cv-07409-WHO<br><br>**ORDER REMANDING CASE**<br><br>Re: Dkt. No. 16 |

Pursuant to the parties' stipulation, this case is REMANDED to Alameda County Superior Court. *See* Dkt. No. 16.

**IT IS SO ORDERED.**

Dated: December 12, 2025



William H. Orrick
United States District Judge